UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 25-mj-794 DLM

UNITED STATES OF AMERICA

v.

THOMAS LEE GERLACH

**Under Seal**
**AFFIDAVIT SUPPORTING**
**COMPLAINT**

I, Timothy Moore, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.        Your affiant, Sergeant Tim Moore, is a licensed Peace Officer of the State of Minnesota. Your affiant is currently a Saint Paul Police Officer assigned as an Investigator for the Special Investigations Unit (SIU). Your affiant has been a Police Officer for over 25 years and has executed numerous search warrants. Your affiant has attended training on gang related criminal activity, narcotics, and weapons investigations from a variety of sources and has conducted investigations that have resulted in the arrest and conviction of those involved, as well as the recovery of evidence.  I have been deputized as a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) since 2012 and have participated in numerous investigations leading to federal firearm and narcotics charges.

1

2.      This affidavit is submitted for the limited purpose of establishing probable cause to support issuing a criminal complaint and arrest warrant charging Thomas Lee Gerlach ("GERLACH"), with Felon in Possession of a Firearm – Armed Career Criminal, in violation of Title 18, United States Codes, Sections 922(g)(1) and 924(e).

3.      This affidavit is based on my training, experience, personal knowledge, and observations in this investigation; upon my discussions with other law enforcement officers and agents directly involved in this investigation; and, upon my review of official reports submitted in relation to this investigation.  Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of the requested complaint and arrest warrant, I have not included every fact known to me concerning this investigation.

## PROBABLE CAUSE

4.      At approximately 10:30pm on 10/11/2025, SPPD officers responded to a report of a shooting at the Wendy's located at 1825 Suburban Ave in St. Paul.  Officers ultimately located two gunshot victims: GERLACH, who had been shot in the arm and stomach, and a man with initials J.M.M. who had a bullet injury to his head.  (Both individuals survived).

5.      Officers on scene located one live round of FNH Five-Seven ammunition near the Wendy's restaurant curb next to the east side of the

2

building; spent shell casings in the east parking lot (several yards away from the live round); two handguns in in the east parking lot of Wendy's (one on the asphalt and another in the grass, a few feet apart from each other); a white baseball hat with a bullet slug partially entering the fabric of the hat; and a black BMW that was running with no occupants (three bullet holes on the passenger side). The firearms were a FNH USA model Five-Seven (serial # 386280702) and Smith & Wesson M&P9 Shield Plus (serial # JLE3065). GERLACH made statements at the scene that an ex-girlfriend (initials R.B.) and her new boyfriend were responsible for the shooting.

6.    Surveillance video captured portions of the relevant events. Review of the video determined that GERLACH arrived driving the black BMW with J.M.M. riding passenger. Two suspects on motorcycles, one of whom was later determined to be a man named Tony Case, were already at the Wendy's at that time. A female (R.B.) was also with the two men on motorcycles. GERLACH exited his BMW and appeared to have some interaction with the female off camera. (A live round of FNH Five-Seven ammunition was later recovered in the area that GERLACH was walking). When GERLACH came back into view, Case drew a firearm and shot at GERLACH, and then shot into the BMW where J.M.M. was seated. GERLACH fell to the ground, and J.M.M. got out of the BMW and went to GERLACH, at which point it appeared from the video that J.M.M. took an item

3

from GERLACH and tossed it a short distance away, consistent with where the FNH firearm was found. The second suspect on a motorcycle then also appeared to have fired a gun in the direction of GERLACH and J.M.M. Both suspected shooters on motorcycles fled the scene.

7.     J.M.M. spoke with SPPD officers at the hospital. He stated that GERLACH had a firearm with him when they arrived at the Wendy's, and that after the shooting, GERLACH tried to hand J.M.M. the gun, and J.M.M. tossed it nearby.

8.     SPPD officers towed the BMW and seized a Samsung cell phone in a black case that was visible and plugged into the vehicle. A few days later, on or about 10/13/2025, the BMW was searched with a warrant and a second cell phone (a Motorola) was found next to the driver's seat. Around $6000 in cash was also found in the center console. Because J.M.M. was found to have three cell phones on his person when he arrived at the hospital (which J.M.M. stated were his and his girlfriend's phones), and GERLACH was the driver of the BMW, the two phones seized from the BMW are believed to belong to GERLACH.

9.     DNA analysis at the BCA Lab determined that swabbing from the FNH firearm had a DNA mixture of five contributors. Neither GERLACH nor J.M.M. could be excluded as contributors, and each had a likelihood ratio

for inclusion of over 100 billion.  On swabbing from the Smith & Wesson firearm, the lab found a major male DNA profile that matched to Case.

10.     On October 27, 2025, Case was interviewed after being advised of his *Miranda* rights and admitted shooting at GERLACH and the person in the BMW.  Case indicated that he was in that part of town because he planned to rob GERLACH of his "cartel drop" that was stashed outside his house (i.e., drugs or drug proceeds).  Case said that he was with R.B. and another man at the Wendy's, and GERLACH arrived unexpectedly.  Case said GERLACH started "chasing" R.B.  GERLACH then walked toward Case with a gun in his hand, which is what caused Case to fire his own gun.

11.     On November 17, 2025, R.B. was arrested on an unrelated warrant and gave a statement to an SPPD investigator.  She said that during the events of October 11, she was at Wendy's with Case and another man when GERLACH arrived.  She said GERLACH got out of his car wearing a mask and with his hand on a gun.  R.B. said GERLACH initially approached her, but then GERLACH walked toward the two men with his gun drawn, at which point Case fired his own gun.  R.B. noted that GERLACH had physically assaulted her in the past.

12.     GERLACH's two cell phones were later searched pursuant to both state and federal search warrants. Both devices contained information in GERLACH's name indicating that the devices belonged to him.  Both devices

5

also contained photos of firearms. On the Samsung phone seized at the scene from the BMW, there are multiple somewhat blurry photos of two firearms on a rug. One of these firearms has an appearance consistent with the FNH firearm found at the shooting scene (e.g., a similar laser attachment and silver marking on the barrel):



*Photo from GERLACH's cell phone*



*Photo of FNH firearm from scene*

That same cell phone also has messages and images consistent with drug trafficking, including photos of what appears to be large quantities of methamphetamine on a scale.

13.     In my training and experience, and based on consultations with interstate nexus experts at ATF, FNH firearms are generally manufactured outside the state of Minnesota.

14.     Based on my review of his criminal history, GERLACH has an extensive criminal history that includes the felony convictions below. He has received numerous sentences in excess of one year in prison.

| Offense | Place of Conviction | Date of Conviction (On or About) |
| --- | --- | --- |
| Domestic Assault | Ramsey County, MN | April 27, 2023 |
| Unlawful Firearm Possession | Ramsey County, MN | December 29, 2020 |
| 1st Degree Aggravated Robbery | Ramsey County, MN | November 3, 2016 |
| 3rd Degree Assault—Substantial Bodily Harm | Pine County, MN | February 3, 2017 |
| Fleeing Peace Officer in Motor Vehicle | Pine County, MN | February 3, 2017 |
| Receiving Stolen Property | Pine County, MN | February 3, 2017 |
| 1st Degree Assault—Great Bodily Harm | Dakota County, MN | September 12, 2016 |
| 2nd Degree Assault—Dangerous Weapon | Ramsey County, MN | July 18, 2012 |
| 2nd Degree Burglary | Ramsey County, MN | July 18, 2012 |

15.     Based on my training and experience, it appears that GERLACH qualifies as an Armed Career Criminal, subject to a fifteen-year mandatory minimum sentence under 18 U.S.C. § 924(e).

## CONCLUSION

16.     Based on the foregoing, I respectfully submit that there is probable cause to believe that GERLACH committed the crime of Felon in Possession of a Firearm—Armed Career Criminal in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

Respectfully submitted,

Timothy Moore
ATF Task Force Officer

SUBSCRIBED and SWORN to before me by reliable electronic means (FaceTime and email) pursuant to Fed. R. Crim. P. 4.1 on November 20, 2025.

The Honorable Douglas L. Micko
United States Magistrate Judge

8